IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Everts, | : | Case No. 2:18-cv-690 |
| Plaintiff, | : | Judge Watson |
| v. | : | Magistrate Judge Vascura |
| The Lincoln National Life Insurance Company, | : | |
| Defendant. | : | |
| | : | |

## **NOTICE OF DISMISSAL**

Now comes the Plaintiff Robert Everts by counsel and notifies the Court, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), that the Plaintiff hereby dismisses this lawsuit, with prejudice.

Respectfully submitted,

 /s/ *Lesley H. Kuhl* _____
Tony C. Merry (0042471)
Lesley H. Kuhl (0067177)
Trial Attorneys
Law Offices of Tony C. Merry, LLC
7100 N. High Street, Suite 302
Worthington, Ohio 43085
Phone (614) 372-7114
Fax (614) 505-6109
tmerry@tmerrylaw.com
lkuhl@tmerrylaw.com
Attorneys for Plaintiff Robert Everts

## CERTIFICATE OF SERVICE

On this the 6th day of November, 2018, the undersigned hereby filed this Notice of Dismissal with the court via its electronic case filing system, which automatically serves the document upon each party of record.

                         /s/ *Lesley Kuhl*
                         Lesley H. Kuhl, Esq.